**No. 66986.**—Simonds Sw & Steel Company *v.* United States (Lansen-Naeve Corp., a/c Albert Klingelhofer, Party in Interest), protest 60/24752.—

Application by party in interest denied.

**No. 66987.**—Framen Steel Supply Company, Inc. *v.* United States, protest 61/20348. Plaintiff's application for rehearing granted.

AUGUST 13, 1962

**No. 66988.**—APPEAL 5103.—United States *v.* Geo. S. Bush & Co., Inc.— Appeal dismissed June 15, 1962.

AUGUST 14, 1962

**No. 66989.**—APPEAL 5081.—Esso Standard Oil Co. *v.* United States.—

C.D. 2249 affirmed April 11, 1962. C.A.D. 797.

BEFORE THE SECOND DIVISION, AUGUST 21, 1962

**No. 66990.**—Morris Struhl, Inc. *v.* United States, protests 58/20387, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiff was sustained.

**No. 66991.**—G. Joannou Cycle Co., Inc., et al. *v.* United States, protests 61/21470, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 22, 1962

**No. 66992.**—Seedman International Corp. v. United States, protests 59/18800, 59/31739, and 59/31732 (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 66993.**—Progressive Cycle Co. *v.* United States, protests 62/3587 and 62/6316 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 28, 1962

**No. 66994.**—The May Dept. Stores Co., Inc. (Kaufmann Div.), et al. *v.* United States, protests 59/30358, etc. (New York).